**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Judge : Bill Wilson |
| counsel: Jana Harris | Court Reporter: C. Newburg |
| counsel: | Courtroom Deputy: M. Johnson |
| | Interpreter: |
| vs | USPO: T. Guerra |
| | |
| **ANTONIA L. ADAMS** | Date: September 25, 2007 |
| counsel: Sara Merritt | |
| counsel: | CASE NO. 4:06CR00319-01-WRW |

**SENTENCING MINUTES**

Begin: 2:05 p.m.                                                                                          End: 2:30 p.m.

Court finds ( X ) grounds  ( X )  5k1.1 ( ) other  ( ) no grounds:  for departure
60 MONTHS BOP on count one and 90 MONTHS BOP on count 31 to run concurrently; residential substance abuse treatment; education and vocational programs during incarceration.

 **SUPERVISED RELEASE: 5 YEARS**                                                              **PROBATION:**

**SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION:**
( X ) Defendant shall participate, if deemed necessary by the probation officers, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment and shall abstain from the use of alcohol throughout the course of any treatment.
( ) Defendant shall participate in the Home Detention program for a period of ____ months.  During this time, defendant will be allowed to leave his residence under conditions set by the U.S. Probation Office.  Defendant will be subject to the standard conditions of Home Detention adopted for use in the Eastern District of Arkansas which ( )does ( )does not include the requirement to wear an electronic monitoring devise and to follow EM procedures specified by the Probation Officer.  Electronic Monitoring shall be paid by the U.S. Probation Office.
( ) Defendant shall participate as directed in mental health treatment as directed by USPO.
( X ) Mandatory drug testing shall apply.
(   ) Supervised release is to be administered by the district where the defendant is a legal resident and/or the district where a suitable release plan has been developed.
( X ) Financial Disclosure.
( X ) The defendant shall cooperate in the collection of DNA as directed by the probation officer.
( X ) Defendant is remanded to custody of USM.
( X ) No employment in an FDIC insured institution or Federal Credit Union.
( X ) Appeal rights
deft w/draws motions to continue sentencing; motion to relieve counsel; obj to PSR re para 25 granted; obj par 41 overruled; PSR adopted; statements made to Court by deft counsel and deft; court recommend 500 hour drug program; recommend credit for time served in federal custody; recommend BOP in Middleton, TX; Texarkana, TX or Forrest City, AR.

Fine:   _____N/A_____     To be paid:_____
Restitution:  _$35,197.74 joint & several___     To be paid:  _____Payment Schedule_____
Special Assessment:___$200.00_____     To be paid:  ____Immediately_____